In the Matter of the Probate of the Will of WILLIAM C. WAN-GERIN, Deceased. FLORENCE TEDESCHI, Appellant; LOUISE H. WANGERIN et al., Respondents.

Submitted April 12, 1954; decided April 15, 1954.

*George Kent Weldon* for motion.
*Elliott Lasker* and *Arthur G. Warner* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not served within the time provided by subdivision 3 of section 592 of the Civil Practice Act.